IN UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN S. WENTZ, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:20-cv-01853-NR |
| | ) | |
| v. | ) | |
| | ) | US District Judge J. Nicholas Ranjan |
| BLACK & DECKER (U.S.) Inc. t/d/b/a PORTER- CABLE; BLACK & DECKER CORPORATION; PORTER-CABLE CORPORATION; STANLEY BLACK & DECKER, INC., | ) ) ) ) ) ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this __7th__ day of December, 2020, upon consideration of the Parties' Stipulation to Amend Caption, is it hereby ORDERED that Defendants Black & Decker Corporation, Porter-Cable Corporation and Stanley Black & Decker, Inc. should be removed from the caption, and as parties to this case. The caption of the above action should now read as follows:

| | |
|---|---|
| JUSTIN S. WENTZ,<br>    Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.) INC., t/d/b/a PORTER- CABLE,<br><br>    Defendant. | No: 2:20-cv-01853-NR |

BY THE COURT:

  s/ J. Nicholas Ranjan
Ranjan, J.